| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-53044-sms<br>Northern District of Georgia<br>Atlanta<br>Wed Jun  1 10:15:21 EDT 2022 | Atlanta Postal Credit Union<br>c/o Thompson O'Brien Kemp & Nasuti P.C.<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092-2865 | Atlanta Postal Credit Union<br>3900 Crown Rd SW<br>Atlanta, GA 30304-0001 |
| Davina Bonner<br>5524 LA Fleur Trl<br>Lithonia, GA 30038-2843 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| DEKALB COUNTY WATER-SEWER UCO<br>774 JORDAN LANE<br>STE. 200<br>DECATUR, GA 30033-5700 | Dekalb County Watershed Mngmt<br>P.O. Box 1027<br>Decatur, GA 30031-1027 | Danielle J. Eliot<br>Law Office of Danielle J. Eliot, PC<br>Suite 151<br>2470 Windy Hill Road, SE<br>Marietta, GA 30067-8616 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Homesafe Georgia<br>Georgia Dept of Community Affa<br>60 Executive Park South, NE<br>Atlanta, GA 30329-2257 |
| Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334D, Room 400<br>Atlanta, GA 30308 | Albert F. Nasuti<br>Thompson, O'Brien, Kappler & Nasuti, P.C<br>Suite 400<br>2 Sun Court<br>Peachtree Corners, GA 30092-2865 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Resurgent Capital Services<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Ste 300<br>Littleton, CO 80129-2386 |
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Ste 17200<br>Atlanta, GA 30345 | TitleMax<br>15 Bull Street, Ste 200<br>Savannah, GA 31401 | US Dept of HUD<br>Secretary of Housing & Urban Development<br>451 Seventh Street SW<br>Washington, DC 20410 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20