# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **DAVINA BONNER,** | ) | **CASE NO. 21-53044-SMS** |
| | ) | |
| _____Debtor._____ | ) | |
| **DAVINA BONNER,** | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DeKALB COUNTY WATER** | ) | |
| **& SEWER,** | ) | |
| | ) | |
| _____RESPONDENT._____ | ) | |

## **RESPONSE TO MOTION TO AVOID JUDICIAL LIEN**

DeKalb County, Georgia, Water & Sewer Department (the "County") hereby responds to Debtor Davina Bonner's ("Debtor") *Motion to Avoid Judicial Lien* [Docket No. 25] (the "Motion"), and respectfully shows the Court as follows:

1.

By the Motion, Debtor seeks an order avoiding that certain Writ of Fieri Facias and judgment lien, in favor of the County, recorded in the Lien Book for DeKalb County, Georgia, on December 6, 2018, at Book 2113, Page 285 (the "Lien").

2.

On May 25, 2022, the County recorded its Affidavit of Cancellation in the Lien Book for DeKalb County, Georgia, at Book 2500, Page 319, a copy of which is attached hereto as Exhibit "A."

3.

The Lien has been canceled and is no longer a lien of record.

4.

The Motion is moot and should be denied on that basis.

WHEREFORE, the County respectfully requests that the Court denied the Motion as moot and grant the County such additional relief as the Court deems appropriate under the circumstances.

Respectfully submitted, August 19, 2022.

TAYLOR ENGLISH DUMA LLP

*s/ John K. Rezac*
JOHN K. REZAC
Georgia Bar No. 601935
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376
*jrezac@taylorenglish.com*

*Attorneys for DeKalb County, Georgia*

2

# EXHIBIT "A"



**DeKalb County**
GEORGIA

404.378.4475 (o)
404.371.2679 (f)
DeKalbCountyga.gov

Utility Customer Operations
774 Jordan Lane, Suite 200
Decatur, GA 30033

Chief Executive Officer
Michael Thurmond

TO:     Clerk of Superior Court
FROM:   Yemesrach Gerbi
DATE:   5/12/2022
RE:     Satisfaction of Outstanding Water & Sewer Fi Fa

Board of Commissioners

District 1
Robert Patrick

District 2
Jeff Rader

District 3
Larry Johnson

**CUSTOMER NAME: ELLIS DAVINA & BONNER MARK S**

District 4
Stephen Bradshaw

## AFFIDAVIT OF CANCELLATION

District 5
Mereda Davis Johnson

The Clerk of Superior Court is hereby directed to satisfy the forgoing Fi Fa of record the 12th day of MAY, 2022.

District 6
Edward "Ted" Terry

The undersigned herby certifies that, to the best of his or her knowledge, the following matter has occurred (mark applicable boxes below):

District 7
Lorraine Cochran-Johnson

( x )   A copy of the Fi Fa was found, unable to locate the original

(  )    Fi Fa was filed in error

( x )   Paid in full

(  )    Cancelled

2022083471    LIEN BOOK **2500**  Pg **319**
Filed and Recorded:
5/25/2022 3:25:15 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Parcel Identification
Number: 16 053 05 006

GED 2113, PAGE 285

_Yemesrach Gerbi (signature)_
Yemesrach Gerbi, Revenue Protection Manager

5/12/2022
Date

_Notary signature_
Notary Public

May 12, 2022
Date

[Harrold Roberts Notary Public, Fulton County, Georgia, Expires 02-27-2023]

4

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **RESPONSE TO MOTION TO AVOID JUDICIAL LIEN** upon Debtor's counsel *via* electronic mail, as follows:

> Danielle J. Eliot, Esq.
> 2470 Windy Hill Rd. SE Suite 151
> Marietta, GA 30067
> danielle@djelawfirm.com

August 19, 2022.

TAYLOR ENGLISH DUMA LLP

*s/ John K. Rezac*
JOHN K. REZAC
Georgia Bar No. 601935

5